## ARMSTRONG *v.* THE STATE.

COMMON PLEAS COURT—CRIMINAL JURISDICTION.

APPEAL from the *Scott* Common Pleas.

*Per Curiam.*—The record shows that in this case the court had no jurisdiction, the prosecution and conviction being for a felony, and the defendant not being in custody, etc., at the time the original affidavit and information were filed against him. The information alleges, the defendant was in custody, but the record shows the falsity of the allegation.

The judgment is reversed, and warden of penitentiary will be notified to return *Armstrong* to the jail of *Scott* county, for further orders.

*J. Y. Allison,* for appellant.